UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Sarah Long, et al.

                  Plaintiff(s),

*MEDIATION CERTIFICATION*

   17  - cv - 6041

           v.

SMG, et al.

                  Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on   05/01/2018  .

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☑ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** 05/02/2018                **Mediator:** /S/ Paul L. Leclair

**Additional Comments:**
_____
_____
_____

Print     Clear Form